IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   14-cr-00215-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WALTER HERNANDEZ,

    Defendant.

---

## ORDER

---

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Raymond P. Moore, United States District Judge, on February 20, 2015, it is hereby

ORDERED that Defendant, Walter Hernandez, is sentenced to **TIME SERVED.**

Dated:   February 20, 2015.

                              BY THE COURT:

                              s/ Raymond P. Moore
                              RAYMOND P. MOORE,
                              UNITED STATES DISTRICT JUDGE